AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

SHEET METAL WORKERS LOCAL 265
WELFARE FUND, et al.

CASE NUMBER: 08CV4701

JUDGE BUCKLO

V.

ASSIGNED JUDGE: MAGISTRATE JUDGE VALDEZ
RCC

POLAR HEATING & COOLING, INC., an
Illinois corporation

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Polar Heating & Cooling, Inc.
c/o Richard C. Perna, Registered Agent
Fuchs & Roselli, Ltd.
440 W. Randolph Street, Suite 500
Chicago, IL  60606
(312) 651-2400

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Beverly P. Alfon
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 W. Adams Street, Suite 2200
Chicago, IL  60606-5231
(312) 236-4316

an answer to the complaint which is herewith served upon you, within _____Twenty (20)_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK                                                                                                   DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ Notification of Docket Entry | DATE | August 22, 2008 |
| NAME OF SERVER (PRINT)   Eli B. Freiburg | TITLE | Clerk/Messenger |
| Check one box below to indicate appropriate method of service | | |

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Left copies with Registered Agent Richard C. Perna, personally, 440 W. Randolph Street, Suite 500, Chicago, IL 60606

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   8/22/08
                Date

Signature of Server

200 W. Adams Street, Suite 2200,
Chicago, IL  60606-5231
            Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.